■ In the Matter of RONALD MESSAM, Appellant, v B. SCHWEBLER, Senior Officer's Rehabilitation Counselor, et al., Respondents. [33 NYS3d 772]—Appeal from a judgment of the Supreme Court (LaBuda, J.), entered July 13, 2015 in Sullivan County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Central Office Review Committee denying his grievance.

Judgment affirmed. No opinion.

McCarthy, J.P., Garry, Lynch, Devine and Aarons, JJ., concur. Ordered that the judgment is affirmed, without costs.